IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM GRIFFITH JONES,

    Plaintiff,

vs.                                    5:07-CV-216-SPM/EMT

APALACHEE CORRECTIONAL
INSTITUTION,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 7). On September 18, 2007 the magistrate judge directed the Plaintiff to submit a filing fee or an IFP application and inmate account information in order to facilitate the filing of his complaint (doc. 5). On October 26, 2007, the magistrate judge requested that the Plaintiff show cause why this action should not be dismissed for failure to comply with a court order. The parties have been furnished a copy of the magistrate's order recommending dismissal of this case and have been afforded an opportunity to file objections. As of January 5, 2008 there has been no response from the Plaintiff, presumably because the Report and Recommendation (doc. 7) has been returned from Plaintiff's last known institution, and Plaintiff has not filed a change of address

with the court.

Accordingly, pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is *dismissed* without prejudice for failure to prosecute and failure to obey an order of the Court.

**DONE AND ORDERED** this seventh day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge